# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL MICHELLE TWILLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:18-cv-00201 - JLT<br><br>ORDER DISCHARGING THE ORDER TO<br>SHOW CAUSE DATED AUGUST 16, 2018<br><br>(Doc. 13) |

On August 16, 2018, the Court ordered Plaintiff to show cause in writing why the action should not be dismissed for failure to comply with the Court's orders and failure to prosecute. (Doc. 13) In the alternative, Plaintiff was directed to serve her confidential letter brief and file proof of service with the Court within fourteen days. (*Id.* at 2) Plaintiff timely filed a proof of service of her confidential letter brief on August 17, 2018. (Doc. 17) Accordingly, the order to show cause dated August 16, 2018 (Doc. 13) is **DISCHARGED**.

IT IS SO ORDERED.

　　Dated: **August 21, 2018**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE