# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL MICHELLE TWILLEY, ) | Case No.: 1:18-cv-0201 - JLT |
| ) | |
| Plaintiff, ) | ORDER AWARDING ATTORNEY'S FEES |
| ) | PURSUANT TO THE EQUAL ACCESS TO |
| v. ) | JUSTICE ACT |
| ) | |
| ANDREW SAUL, ) | (Doc. 23) |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Rachel Michelle Twilley and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 23) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $5,000.00 to be **AWARDED** to Plaintiff Rachel Michelle Twilley.

IT IS SO ORDERED.

Dated: **November 5, 2019**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE